IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| TENEKA FOWLER, § <br> § <br> *Plaintiff* § <br> § <br> V. § <br> § <br> STEPHEN F. AUSTIN STATE § <br> UNIVERSITY, A MEMBER OF § <br> THE UNIVERSITY OF TEXAS SYSTEM, § <br> § <br> *Defendant* § | CIVIL ACTION NO. 9:25-CV-00123 |

## PLAINTIFF'S CERTIFICATE OF INITIAL DISCLOSURES

Plaintiff, Teneka Fowler, certifies that she has served her Initial Disclosures on Defendant Stephen F. Austin State University, a Member of the University of Texas System by and through its attorney of record C. Lee Winkelman, Assistant Attorney General, Office of the Attorney General, General Litigation Division, P.O. Box 12548, Capitol Station, Austin, Texas 78711, as required by Federal Rule of Civil Procedure 26(a), as follows:

- Plaintiff's Initial Disclosures;
- Documents Bates Fowler 00001 to Fowler 00065; and
- Excel document in native format.

HIGHTOWER, FRANKLIN, & JAMES, PLLC

_/s/ Tanner Franklin_

**Tanner G.M. Franklin**
Texas Bar No. 24082506
tanner@thegoodlawyer.com
115 South St.
Nacogdoches, Texas 75961
(936) 560-3300 – Telephone
(936) 560-5600 – Fax

1

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been served electronically on all counsel in accordance with the rules of this Court on this the 27th day of June, 2025.

                                                             Tanner G. M. Franklin